IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHANE GRANVILLE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-4175

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed January 23, 2015.

An appeal from an order of the Circuit Court for Suwannee County.
Paul S. Bryan, Judge.

Shane Granville, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and David Campbell, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.